**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT E. AKANOWICZ
JOYCE E. AKANOWICZ
    Debtor(s)

Case No.:10-25158 JAD

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/21/2010 and confirmed on 11/08/2010 . The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,300.46 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 60,300.46 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,300.00 | |
|     Trustee Fee | 1,738.96 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,038.96 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK | 0.00 | 28,274.73 | 0.00 | 28,274.73 |
|     Acct: XXX6584 | | | | |
|   CAPITAL ONE NA** | 913.98 | 913.98 | 0.00 | 913.98 |
|     Acct: XXX4511 | | | | |
|   GMAC* | 21,288.45 | 21,288.45 | 1,582.22 | 22,870.67 |
|     Acct: XX4464 | | | | |
| | | | | 52,059.38 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT E. AKANOWICZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NORTHGATE SD&BELLEVUE BOR-EIT | 1,394.13 | 1,394.13 | 0.00 | 1,394.13 |
|     Acct: XXXXXXXXX8-09 | | | | |
| | | | | 1,394.13 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| DUQUESNE LIGHT COMPANY(*) | 68.61 | 5.66 | 0.00 | 5.66 |
| Acct: 7001 | | | | |
| CAPITAL ONE NA** | 600.06 | 49.46 | 0.00 | 49.46 |
| Acct: 4551 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 202.01 | 16.65 | 0.00 | 16.65 |
| Acct: XXX4553 | | | | |
| ECAST SETTLEMENT CORP | 14,067.46 | 1,159.51 | 0.00 | 1,159.51 |
| Acct: 9730 | | | | |
| ECAST SETTLEMENT CORP | 6,339.46 | 522.53 | 0.00 | 522.53 |
| Acct: 5928 | | | | |
| GOODYEAR/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX4939 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,340.32 | 275.33 | 0.00 | 275.33 |
| Acct: 1954 | | | | |
| DEPARTMENT STORES NATIONAL BNK | 1,695.22 | 139.73 | 0.00 | 139.73 |
| Acct: 2287 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,368.04 | 195.18 | 0.00 | 195.18 |
| Acct: 2780 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,976.18 | 245.31 | 0.00 | 245.31 |
| Acct: 2705 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,932.05 | 159.24 | 0.00 | 159.24 |
| Acct: 2810 | | | | |
| BELLEVUE BOROUGH (SWG) | 124.44 | 10.26 | 0.00 | 10.26 |
| Acct: XXXXX1626 | | | | |
| NORTHGATE SD&BELLEVUE BOR-EIT | 353.41 | 29.13 | 0.00 | 29.13 |
| Acct: XXXXXX2;08 | | | | |
| RECOVERY MANAGEMENT SYST CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 2,807.99 |

| TOTAL PAID TO CREDITORS | | | | 56,261.50 |

TOTAL CLAIMED
PRIORITY        1,394.13
SECURED        22,202.43
UNSECURED      34.067.26

**Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 03/28/2013

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com